UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

FEDERAL CRIMINAL COMPLAINT

vs.

LEE BENFORD, correction officer;
CUNLIFF, correction officer;
MALARK, correction sergeant;
JOHN DOE, correction officer
Green Haven Correctional Facility P.O. Box 4000
Stormville, N.Y. 12582,
                        Defendants.

RECEIVED
SDNY DOCKET UNIT
2017 MAY 10  PM 3:54

**17CV3522**

I, Timothy Harnett, am the complainant herein and in the Southern District of New York defendants did;

## COUNT ONE

Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to hinder, delay, or prevent the communication to a law enforcement officer or judge of the United States of information relating to the commission or possible commission of a federal offense or a violation of conditions of probation, supervised release, parole, or release pending judicial proceedings, shall be fined under this title or imprisoned not more than 20 years, or both.

## COUNT TWO

If two or more persons conspire either to commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisoned not more than five years, or both.

## COUNT THREE

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any state, territory, commonwealth, possession, or district in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or if two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— they shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## COUNT FOUR

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

1

COUNT FIVE

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any state, Territory, commonwealth, possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the United States, or to different punishment, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

In violation of title 18, United States code, section 1512(b)(3), 371, 241, 4 and 242.

I, Timothy Harnett, am the complainant herein and this federal criminal complaint is based upon knowledge and belief of the following facts:

On May 1, 2017, at around 8:00 AM I along with about 50 inmates, was returning to their cells in E-block from the messhall. Def. Lee Benford, was escorting us. While in the hallway, An inmate had said out loud to Defendant Lee Benford, when his back was turned, "Fucking house nigger." The Defendant Lee Benford, acting under color of state law, willfully, did turn around and asked all the inmates: "Who said that." No inmate had responded. The Defendant Lee Benford, had then told me: "Step out of line and face the wall." I did what Defendant Lee Benford, had said. The Defendant Lee Benford, intent was to take revenge against me for what another inmate had said to Defendant Lee Benford. The policy and procedure correction officers implement in every correctional facility, when an inmate talks in the hallway, they ask for the inmate prison ID. And latter confine the inmate to his cell and write a misbehavior report. Defendant Lee Benford, had intentionally treated me different from other inmates similarly situated as me. And there was no rational basis for the difference in treatment. The Defendant Lee Benford, had then called for Defendant Cunliff and John Doe, c.o. that was working in the hallway. Defendant Cunliff and John Doe, c.o., acting under color of state law, willfully did walk to Defendant Lee Benford. Defendant Lee Benford, had then secretly conversed with Defendant Cunliff and John Doe, c.o. in a huddle, with intent to machinate against me in revenge for another inmate calling Defendant Lee Benford, a "Fucking house nigger." The Defendant Lee Benford, Cunliff and John Doe, c.o., acting under color of state law, willfully did conspire to injure, oppress, threaten and intimidate me in the free exercise and enjoyment of equal protection of law. A right and privilege secured and protected by the fourteenth Amendment of the United States constitution. All inmates was present in the hallway witnessing everything. After Defendant Lee Benford, finished conversing with Defendant Cunliff and John Doe, c.o. Defendant Lee Benford, Cunliff and John Doe, c.o. had then turned around and Doe, c.o. Defendants, pulled out their sticks and held it in their hands in a threatening manner all the inmates, to intimidate all the inmate witnesses, which was part of their conspiracy. To hinder and prevent inmates communication to a law enforcement officer and judge of information relating to the commission and possible commission of a Federal offense. Defendant Lee Benford, Cunliff and John Doe, co had then told all the inmates with a loud voice: "Forward," "move," "I Go ahead." With intent to get all the inmate witnesses in their cells. To prevent them to be a witness. After all the inmates was in their cells, Defendant Lee Benford, had commanded me to put my hands up and flat on the wall. I did what Defendant Lee Benford, had said. Defendant Cunliff and John Doe, co was present. Defendant Lee Benford, had then called for Defendant Malark via walkie-talkie. Defendant Malark, had then came and was present. Defendant Lee Benford, had then secretly conversed with Defendant Malark, with intent to machinate against me in revenge for another inmate calling Defendant Lee Benford, a "Fucking house nigger." The Defendant Lee Benford, Malark, Cunliff and John Doe, co, acting under color of state law, willfully did conspire to injure, oppress, threaten and intimidate me in the free exercise and enjoyment of equal protection of law. A right and privilege secured and protected by the fourteenth Amendment of the United States constitution.

Defendant Lee Benford, had then conducted a pat-frisk upon me. Defendant Cunliff, Malark and John Doe, co was present. Defendant Lee Benford, had used the pat-frisk to intimidate and oppress me. And to take revenge against me for another inmate calling Defendant Lee Benford, a "Fucking house nigger." Defendant Lee Benford, had took out my pants pocket one handkerchief, one spoon, two pens, four slice of bread and one fruit. And threw it on the floor. After Defendant Lee Benford, had finished the pat-frisk upon me. He had then commanded me to put both of my hands in my pants pocket. I did what Defendant Lee Benford, had said. Defendant Lee Benford, had then asked me: "What is your cell location." I had told him: "E-5-250." Defendant Lee Benford, had then told me: "Turn and go to your cell." I had then told Defendant Lee Benford: "My handkerchief, pens, spoon and food is on the floor. I would like my property." Defendant Lee Benford, had then told me: "No! Turn and go to your cell." I did what Defendant Lee Benford, had said. Defendant Lee Benford, Cunliff and John Doe, co had then escorted me to my cell. Defendant Lee Benford, had then confined me to my cell and concocted an incident in a misbehavior report. Defendant Lee Benford, Cunliff, Malark and John Doe, co willfully deprived me of my property. In revenge for another inmate calling Defendant Lee Benford, a "Fucking house nigger." To accomplish their conspiracy objective. Defendant Lee Benford, willfully confined me to my cell. And concocted an incident in a misbehavior report. In revenge for another inmate calling Defendant Lee Benford, a "Fucking house nigger." To accomplish the conspiracy objective. Defendant Cunliff had willfully endorsed Defendant Lee Benford, misbehavior report. To accomplish the conspiracy objective. Defendant Lee Benford, willfully engaged in misleading conduct also. To hinder and prevent communication to a law enforcement officer and judge of information relating to the commission and possible commission of a federal offense, which was part of the conspiracy. The Defendant Lee Benford, Cunliff, Malark and John Doe, co, acting under color of state law, willfully did conspire and part of their machination was to injure, oppress, threaten and intimidate me in the free exercise and enjoyment of property, and not being deprived of it without due process of law, the substantive due process right to liberty from unlawful intrusion of person and equal protection of law. A right and privilege secured and protection by the Fourteenth Amendment of the United States Constitution. And Defendant Lee Benford, Cunliff, Malark and John Doe, co, willfully did acts subjecting me to the deprivation of property without due process of law, the substantive due process right to liberty from unlawful intrusion of person and equal protection of law. A right and privilege secured and protected by the Fourteenth Amendment of the United States Constitution. Defendant Cunliff, Malark, Lee Benford, and John Doe, co, had knowledge of a felony via their machination. And Defendant Cunliff, Malark, Lee Benford, and John Doe, co had intentionally concealed it. And did not make it known to a judge. With intent to prevent their apprehension for a federal offense, which was part of Defendant Cunliff, Malark, Lee Benford and John Doe, co conspiracy objective.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: May 6, 2017

\* Timothy Harnett
Timothy Harnett #01A3567

3

There is a correction officer in upstate cf named Darren Vanornum. Recently he had transmitted a communication to all your prosecutors. Via computer, and micro chip in their body. Telling all of them to prosecute in bad faith prosecution. All cases where I am the complainant, victim or witness in the case. And a correctional staff is the defendant. I ask that you properly supervise all your prosecutors. To ensure that they prosecute all cases that involve me in good faith. And to command all your prosecutor to prosecute all cases involving me in good faith.

RECEIVED
SDNY DOCKET
2017 MAY 10 PM 3:

Thank you!

From. Timothy Harnett
#01A3567 Green Haven CF.

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Timothy Harnett   DIN: 01A3567

Pro Se Intake

Legal mail

RECEIVED
2017 MAY 10 PM 3:55
SDNY DOCKET

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST 05/08/2017
US POSTAGE $000.46⁰
ZIP 12582
041L11259010
FIRST-CLASS MAIL

U.S Attorney, For the Southern District of New York
U.S District court
500 pearl street
New york, NY. 10007

USMS
SDNY

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Timothy Harnett   DIN: 01A3567

Printed on Recycled Paper